In the Matter of the Application of THE AMERICAN FINE ARTS SOCIETY, Appellant, for a Peremptory Writ of Mandamus Directed to EDWARD P. BARKER et al., Commissioners of Taxes and Assessments in the City and County of New York, Respondents.

*Matter of American Fine Arts Society*, 6 App. Div. 496, affirmed.
(Argued October 19, 1896; decided December 1, 1896.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1896, which affirmed an order of Special Term denying

an application for a writ of peremptory mandamus directing the cancellation of a tax upon relator's real estate.

*Julien T. Davies, Charles Francis Stone* and *Herbert Barry* for appellant.

*Francis M. Scott* and *James M. Ward* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.